IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CHARLES MCGEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10-3152 |
| ) | |
| ) | |
| STIRLING O. EDWARDS, ) | |
| D. CARLOCK, AND SERGEANT ) | |
| FELD, ) | |
| ) | |
| Defendants, ) | |

OPINION

SUE E. MYERSCOUGH, U.S. District Judge.

A status conference was held on September 17, 2013. Plaintiff appeared by video conference. Plaintiff's appointed counsel and Defendants' counsel appeared in person. Counsel indicated that they had agreed on a protective order to cover the disclosure of the sealed documents. Discussions were had regarding dates for the final pretrial and trial and the need for reopening discovery. Plaintiff's counsel stated his intention to file a motion regarding any further discovery needed within 30 days.

**IT IS ORDERED:**

1) The agreed protective order is approved and shall be docketed.

2) Plaintiff's counsel shall have access to the sealed documents (d/e's 74, 77, 82, 88).  Plaintiff shall not possess the sealed documents.

3) A final pretrial conference is set for February 18, 2014 at 4:00 p.m.  Plaintiff shall appear by video conference.  Counsel shall appear in person before the Court.  Before the final pretrial conference, the Court will circulate proposed jury instructions, a proposed statement of the case, and proposed voir dire.  By February 10, 2013, the parties shall file:  a) proposed alternate or additional jury instructions, if any; b) alternate statement of the case, if any; c) motions in limine; and d) a proposed, agreed final pretrial order which conforms substantially to the example of the final pretrial order in the appendix to the Local Rules. www.ilcd.uscourts.gov, Local Rules.

4) Incarcerated inmates who are appearing as trial witnesses shall appear by video.  Additionally, the Court is contemplating having the Plaintiff appear at the trial by video in order to save

costs and reduce security risks.  **By October 25, 2013, the Court requests Defense counsel to submit affidavits of the appropriate persons setting forth:  a) the burden (cost, staffing, and time) of transporting Plaintiff to the Court for trial; b) Plaintiff's disciplinary history in prison; and, c) opinions regarding the security risk presented by transporting Plaintiff for the trial.**

    5)  Counsel should bring to the final pretrial conference their marked exhibits.  Objections to motions in limine, witnesses, and exhibits shall be made at the final pretrial conference.  To the extent possible, the jury instructions will be finalized at the final pretrial conference.

    6)  In order to keep Plaintiff informed of the proceedings, counsel are directed to provide Plaintiff with copies of documents filed with the Court.

    **7)  The clerk is directed to send a copy of this order and the agreed protective order to Plaintiff.  The clerk is further**

**directed to add Plaintiff as a recipient of notifications of electronic filings.**

ENTER:   September 19, 2013

FOR THE COURT:

s/Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE
